**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patrick DEBOUSE, Defendant–Appellant.**

No. 04–50593.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

in the evidence, the district court did not abuse its discretion when it declined to use it. *See United States v. Tannehill,* 49 F.3d 1049, 1057–58 (5th Cir.1995); *Panter,* 688 F.2d at 269.

AFFIRMED.

---

Diane D. Kirstein, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

James Steven Hershberger, Midland, TX, for Defendant–Appellant.

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Patrick Debouse appeals his conviction following a jury trial for being a felon in possession of a firearm. Debouse argues that the district court should have instructed the jury on transitory possession. Debouse argues that the jury instruction he requested is supported by *United States v. Panter,* 688 F.2d 268, 269 (5th Cir.1982).

*Panter* is inapposite, however, because Debouse did not possess a firearm in self-defense. *See id.* at 272. Because the instruction Debouse requested incorrectly stated the law and was without foundation

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.